**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 2, 2015

_____

DOCKET CORRECTION NOTICE
_____

No. 15-4492,   US v. Lance Richardson Pagan
             3:13-cr-00258-RJC-8

TO:    Peter Marshall Wood

CERTIFICATE DUE:  November 5, 2015

Please file the certificate identified below by the due date indicated.

[X] An electronic copy of the opening brief has not been filed.

[X] There was no certificate showing compliance with the Supreme Court's decision in Anders. Use the **certificate of service for Anders brief** form and entry to file the required certificate.

Ashley B. Webb, Deputy Clerk
804-916-2704